Lesia HERRON, Plaintiff—Appellant,

v.

**VIRGINIA COMMONWEALTH UNIVERSITY, Defendant— Appellee.**

No. 04–1701.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 13, 2004.

Decided Dec. 7, 2004.

Lesia Herron, Appellant pro se. James Christian Stuchell, Office of the Attorney General of Virginia, Richmond, Virginia; David Lee Ross, Pamela Finley Boston, Virginia Commonwealth University, Richmond, Virginia, for Appellee.

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. *See* Local Rule 36(c).

PER CURIAM:

Lesia Herron appeals the magistrate judge's order * granting summary judgment for Virginia Commonwealth University ("VCU") on her racial discrimination action brought under Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *See Herron v. VCU,* No. CA– 03–590–3 (E.D.Va. Apr. 29, 2004). We deny Herron's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

* Pursuant to 28 U.S.C. § 636 (2000), the parties consented to exercise of the district court's jurisdiction by a magistrate judge.